AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

NORTHERN District of NEW YORK

| | |
|---|---|
| United States of America<br>v.<br><br>Kishan PATEL<br>*Defendant* | )<br>)<br>) Case No. 8:20-MJ-60 (GLF)<br>)<br>) |

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JAN 3 1 2020
AT____ O'CLOCK
John M. Domurad, Clerk - Plattsburgh

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of January 29, 2020 in the county of St. Lawrence in the NORTHERN District of NEW YORK, the defendant violated 8 U. S. C. § 1325 (a)(2), offenses described as follows:

Kishan PATEL, an alien and citizen of India, did knowingly and unlawfully elude examination and inspection by immigration officers, as he entered the United States from Canada.

This criminal complaint is based on these facts:

On January 29, 2020, United States Border Patrol (USBP) Agents assigned to the Massena Station were advised by St. Lawrence County (SLC) Sheriff's Deputy working Operation Stone Garden that he encountered a New York plated Toyota sedan (T748450C). The driver was identified as Nareshkumar PATEL out of Flushing, NY. In the past there have been multiple alien smuggling events on the Akwesasne Mohawk Indian Reservation using taxi cabs registered out of the New York City area.

PATEL stated to the SLC Sheriff's Deputy that he was heading to Malone, NY to visit his brother. PATEL was released from the traffic stop and United States Border Patrol agents conducted surveillance of the Toyota. The vehicle travelled through the AMIR stopping at multiple gas stations until it pulled into Bear's Den. PATEL was inside the business for approximately one hour.

At approximately 4:22 p.m., agents witnessed PATEL pull into the Great View Motel and back up to the room 101 door. PATEL exited the vehicle, popped his trunk, and knocked on the room door. PATEL entered the room, retrieved luggage, and loaded it into his trunk. Agents then observed three adults and two children exit the room and get into the Toyota sedan. Agents then observed PATEL leave the hotel with all occupants from the motel room and head west on State Highway 37.

United States Border Patrol Agents were able to conduct a traffic stop on State Route 95 close to the intersection of the Mahoney Road at approximately 4:40 p.m. Agents approached the vehicle, made contact with PATEL and identified themselves as United States Border Patrol Agents. Agent questioned PATEL as to his citizenship and if he had any identification.

Agents noticed five passengers in the Toyota sedan and began questioning them as to their citizenship. PATEL then stated that none of the individuals were able to speak English and that he didn't know their immigration status. PATEL stated that he was a cab driver and was asked to pick up these people and bring them back to New York City. Agents asked the passengers of the vehicle if they had any form of identification. PATEL stated that their documents may be in a vehicle that was ahead of them, along with some of their luggage.

PATEL and all passengers were transported to the Massena Border Patrol Station for further investigation and processing.

At the Massena Border Patrol station K. PATEL fingerprints were analyzed using IDENT/IAFIS. It was determined that he was a citizen of India with no legal right to be present in the United States.

During an interview of Harshadbahai PATEL another passenger of the vehicle and citizen of India. He stated that all five passengers of the vehicle entered the United States by boat. He also stated that their phones and passports were on the boat, however agents didn't find the phones or passports upon apprehension.

_____
*Complainant's signature*

Border Patrol Agent Nicholas Jacques
*Printed name and title*

Sworn to before me and signed in my presence.

Date: January 31, 2020

_____
*Judge's signature*

City and state: Plattsburgh, New York

Gary L. Favro, U.S. Magistrate Judge, N.D.N.Y.